1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PEACOCK,               ) | CV F 06-0432 AWI LJO |
|                             ) | |
|     Plaintiff,        ) | ORDER GRANTING PLAINTIFF'S |
|                             ) | EX PARTE REQUEST FOR MORE |
|   v.                  ) | TIME TO FILE AN OPPOSITION |
|                             ) | AND TO CONTINUE THE |
|                             ) | HEARING DATE |
| FRANK WILLIS; RUTH WILLIS;  ) | |
| WW BOER GOATS, INC.,        ) | ORDER MOVING HEARING DATE |
|                             ) | OF JULY 31, 2006 TO SEPTEMBER |
|     Defendants.      ) | 18, 2006 |
|                             ) | |
| _____ ) | (Document #17) |

    Defendants' motions to dismiss or transfer are pending in this action and are set for hearing on July 31, 2006.   On July 19, 2006, Plaintiff filed an ex parte request for a 45 days extension to file an opposition to Defendants' motions and to continue the hearing date.

    Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

Fed. R. Civ. Pro. 6(b).   In his motion, Plaintiff shows good cause for the continuance.   Given Plaintiff's attorney's other cases, Plaintiff's attorney is not being unreasonable in stating he has

not had time to file an opposition and will need an additional 45 days.   Given Plaintiff's attorney's schedule, the court finds it would prejudice Plaintiff to require his attorney to file an opposition under the current briefing schedule.  Thus, the court will grant the continuance.

        Accordingly, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. Plaintiff's ex-parte request for an extension of time to file an opposition and to continue the hearing date is GRANTED;

2. The previously set hearing date of July 31, 2006, is VACATED, and the parties shall not appear at that time;

3. Plaintiff's opposition to the pending motions shall be filed by 11:00 a.m. on September 5, 2006;

4. Defendants' reply, if any, shall be filed by 11:00 a.m. on September 12, 2006; and

5. The hearing on Defendants' pending motions is set for September 18, 2006 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

**Dated:**   **July 26, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE