IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN PEACOCK, ) | CV F 06-432 AWI LJO |
| ) | |
| Plaintiff, ) | ORDER TAKING MATTER |
| v. ) | UNDER SUBMISSION AND |
| ) | ALLOWING ADDITIONAL |
| FRANK WILLIS, RUTH WILLIS, and ) | REPLY |
| W.W. BOER GOATS, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

    Currently pending before the Court is Defendants's motion to dismiss or in the alternative motion to transfer. Hearing is set for September 18, 2006, at 1:30 p.m.. By court order, Plaintiff was required to file an opposition to Defendants's motion by 11:00 a.m. on September 5, 2006. Instead, Plaintiff filed an opposition on September 6, 2006. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. See Local Rule 78-230(c). Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. Id.

    Defendants have filed a reply that relies on Local Rule 78-230(c) and argues that since Plaintiff has not timely replied, he is deemed to have waived any objection to the granting of the motion. In essence, Defendants request that Plaintiff's untimely opposition be struck. However, the "remedy for any late opposition in the Local Rules is to not allow the opposing party to be heard at oral arguments. See Local Rule 78-230(c). Nothing in the Local Rules nor the Federal

Rules of Civil Procedure requires the court to strike an opposition that is served late." <u>Hamilton v. Willms</u>, 2005 U.S. Dist. LEXIS 34684, *32 (E.D. Cal. 2005). The Court will consider Plaintiff's late filed opposition, but will also give Defendants further time to file a reply. However, should further filing deadlines be missed, the parties are warned that "sanctions jurisprudence can be invoked when a filing deadline is missed." <u>Springer v. County of Placer</u>, 2006 U.S. Dist. LEXIS 34546, *4 (E.D. Cal. 2006).

At this time, based on the documents submitted, the Court believes that Defendants's motion is suitable for decision without oral argument. <u>See</u> Local Rule 78-230(h). However, should Defendants choose to file a reply, the Court may reopen the matter for oral argument if necessary. <u>See</u> <u>id.</u>

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's late opposition and supporting declarations filed on September 6, 2006, will be considered by the Court;

2. Defendants may file an additional reply on or by 4:00 p.m. on September 18, 2006;

3. The hearing date of September 18, 2006, is VACATED and the Court will take the matter under submission as of 4:00 p.m. September 18, 2006.

IT IS SO ORDERED.

**Dated:    September 12, 2006**            /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

daw                                2